## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

CHARITY N. FULLERTON,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

NO. CV-07-3074-CI

**JUDGMENT IN A CIVIL CASE**

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED IN PART**. The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 USC § 405(g), and Judgment is entered for Plaintiff.

DATED this 1st day of December, 2008.

                              JAMES R. LARSEN
                              District Court Executive/Clerk

                              by: _Cheryl O. Switzer_
                                       Deputy Clerk

cc: all counsel